IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CONSOLIDATED RESOURCE COMPANY, LLC,**<br><br>　　　　**Plaintiff,**<br>v.<br><br>**APACHE CORPORATION,**<br><br>　　　　**Defendant.** | Case No. CIV-23-1166-G |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Apache Corporation ("Defendant" or "Apache") hereby removes the above-captioned case from the District Court of Major County, State of Oklahoma, to the United States District Court for the Western District of Oklahoma. In support of this removal, Defendant states as follows:

1.　On November 20, 2023, Plaintiff Consolidated Resource Company, LLC ("Plaintiff") commenced an action in the District Court of Major County, Oklahoma, entitled *Consolidated Resource Company, LLC v. Apache Corporation*, Case No. CJ-2023-26 (the "State Court Action"). All process, pleadings, and orders filed or served in the State Court Action are attached hereto as Exhibits 1 through 4. A true copy of the state court docket sheet is attached as Exhibit 5.

2.　This is a civil action over which this Court has original jurisdiction based on diversity of citizenship and amount in controversy pursuant to 28 U.S.C. § 1332, and which may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

3. Plaintiff seeks damages in excess of $75,000.00. Exhibit 1, Petition, at Plaintiff's Prayer for Relief.

4. Upon information and belief, Plaintiff is a citizen of Major County, Oklahoma. Defendant is a corporation incorporated under the laws of the State of Delaware with its principal place of business located in Houston, Texas.

5. The Western District of Oklahoma includes the state judicial district in which Plaintiff filed its Petition.

6. In accordance with 28 U.S.C. §§ 1446(b)(1), this action has been removed within (30) days of Plaintiff's service on Defendant. Exhibit 3, Return of Summons.

7. Contemporaneous with Defendant's filing of this Notice, Defendant shall serve written notice to Plaintiff's counsel of this filing, as required by 28 U.S.C. § 1446(d).

8. Defendant shall also file a true copy of its Notice of Removal with the Clerk of the District Court in and for Major County, State of Oklahoma, as required by 28 U.S.C. § 1446(d).

## **CONCLUSION**

Defendant Apache Corporation respectfully removes the State Court action from the District Court for Major County, Oklahoma, to the United States District Court for the Western District of Oklahoma, to proceed as an action properly removed thereto.

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*s/Mark Banner*

Mark Banner, OBA No. 13243
Mason B. McMillan, OBA No. 35182
521 East 2nd Street, Suite 1200
Tulsa, OK   74120
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
mbanner@hallestill.com
mmcmillan@hallestill.com

**ATTORNEYS FOR DEFENDANT APACHE CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Katresa J. Riffel
Matthew C. Russell

**ATTORNEYS FOR PLAINTIFF**

I further certify that a true and correct copy of the foregoing document was served on the following counsel of record via First Class, U.S. Mail:

Katresa J. Riffle
Matthew C. Russell
RIFFLE, RIFFLE, AND BENHAM
LAW FIRM, PLLC
3517 W. Garriott, Suite One
Enid, OK 73703

**ATTORNEYS FOR PLAINTIFF**

*s/Mark Banner*
Mark Banner

5798511.1:211850.30019